UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 29, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH KNOCKUM,

    Defendant.

Case No. 2:14-CR-00115-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __KENNETH KNOCKUM__,

Case No. __2:14-CR-00115-JAM__, from custody for the following reasons:

    ____ Release on Personal Recognizance

    ____ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $ __50,000.00__

    ____ Appearance Bond with 10% Deposit

    ____ Appearance Bond with Surety

    ____ Corporate Surety Bail Bond

    __X__ (Other): __Pretrial Conditions as stated on the record__

Issued at Sacramento, California on April 29, 2014 at 2:00 PM

By: *(signature)*

Magistrate Judge Carolyn K. Delaney