HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
KENNETH KNOCKUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:14-CR-0115 JAM |
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER** |
| v. | ) ) | **CONTINUING STATUS CONFERENCE** **AND EXCLUDING TIME** |
| KENNETH KNOCKUM, | ) ) | |
| Defendant. | ) ) ) | Date:   August 8, 2014 Time:   9:30 a.m. Judge:  Hon. John A. Mendez |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Kenneth Knockum, that the status conference scheduled for August 8, 2014, may be continued to August 26, 2014, at 9:30 a.m.

On Friday government counsel alerted defense counsel that the Federal Defender previously represented a witness in the case.  Defense counsel researched the conflict and, after discussing the matter with his client, has begun arrangements to find a CJA panel attorney.  A substitution of counsel will be

-1-

1  filed once an attorney is chosen.  In the meantime, the parties
2  agree that Friday's status conference should be continued and
3  ask the Court to order time excluded under the Speedy Trial Act
4  through August 26, 2014, in order to afford necessary time for
5  effective preparation.  The parties agree that the interests of
6  justice to be served by a continuance outweigh the best
7  interests of Mr. Knockum and the public in a speedy trial, and
8  ask the Court to order time excluded from the date of this
9  stipulation through August 26, 2014, pursuant to 18 U.S.C. §
10  3161(h)(7)(A) and (b)(iv).

                                          Respectfully Submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Dated:  August 4, 2014              /s/ T. Zindel_____
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for KENNETH KNOCKUM

                                    BENJAMIN WAGNER
                                    United States Attorney

Dated:  August 4, 2014              /s/  T. Zindel for S. Haus  _
                                    SHERRY HARTEL HAUS
                                    Assistant U.S. Attorney

22  /////
23  /////
24  /////
25  /////
26  /////
27  /////
28  /////

**O R D E R**

The status conference is continued to August 26, 2014, at 9:30 a.m.  The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  Time is therefore excluded from the date of this order through August 26, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  August 5, 2014        /s/ John A. Mendez_____
                              HON. JOHN A. MENDEZ
                              United States District Court Judge