HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
KENNETH KNOCKUM

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>KENNETH KNOCKUM,<br><br>        Defendant. | Cr. No. 14-CR-0115-JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME<br><br>Date:  August 26, 2014<br>Time:  9:30 a.m.<br>Court: Hon. John A. Mendez |

**STIPULATION**

Plaintiff, United States of America, through Assistant U.S. Attorney Sherry D. Haus and defendant, Kenneth Knockum, through his attorney, Christopher Haydn-Myer, hereby stipulate and agree as follows:

1. A status conference is currently set for August 26, 2014 at 9:30 a.m.

2. By this stipulation, the above-named defendant now moves to continue the status Conference to October 7, 2014 at 9:30 a.m., and to exclude time between August 26, 2014 to

    October 7, 2014 under Local Code T4.  Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

   a. The government has produced discovery which to date includes over 200 pages containing investigative materials.  Counsel for Mr. Knockum was appointed to represent Mr. Knockum on August 20, 2014, and counsel needs additional time to read the discovery, research relevant case law, meet with Mr. Knockum, and possibly conduct investigation.

   b. Counsel for the defendant believes that failure to grant the above-requested continuance would deny his client the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   c. Plaintiff does not object to the continuance.

   d. Based on the above-stated findings, the ends of justice served by continuing the status conference as requested outweigh the best interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e. For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from August 26, 2014 to October

7, 2014 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(a), B (iv) [Local Code T4] because it results from a continuance by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Finally, Christopher Haydn-Myer has been authorized by counsel to sign this stipulation on her behalf.

**IT IS SO STIPULATED.**

DATED: August 22, 2014        BENJAMIN B. WAGNER
                              Unites States Attorney

                              /s/ Sherry D. Haus
                              SHERRY D. HAUS
                              Assistant United States Attorney
                              for Plaintiff United States


DATED: August 22, 2014        HAYDN-MYER LAW OFFICE

                              /s/ Christopher Haydn-Myer
                              CHRISTOPHER HAYDN-MYER
                              Attorney for Ken Knockum

///
///
///

**ORDER**

IT IS SO FOUND AND ORDERED this 22nd of August, 2014.


/s/ John A. Mendez_____
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE