```
HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
7509 Madison Ave., Suite 109
Citrus Heights, California 95610
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
Kenneth Knockum
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>KENNETH KNOCKUM,<br><br>          Defendant. | CASE NO. 2:14-CR-0115-JAM<br><br>WAIVER OF DEFENDANT'S PERSONAL PRESENCE |

Defendant, KENNETH KNOCKUM, hereby waives the right to be in person in open court upon the hearing of any motion or to his proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.  Defendant hereby requests the court to proceed during every absence of which the court may permit pursuant to this waiver; agrees that his interest will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further

Waiver of Personal Presence - 1 -

agrees to be present in person in court ready for trial any day and hour the court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. sections 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without defendant being present.

DATED: April 10, 2015          HAYDN-MYER LAW OFFICE

/s/ Christopher Haydn-Myer
CHRISTOPHER HAYDN-MYER
Attorney for Kenneth Knockum

DATED: April 10, 2015          I consent to the above waiver of presence.

/s/ Christopher Haydn-Myer for
KENNETH KNOCKUM

DATED:  April 10, 2015

I approve of the above waiver of presence.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge