HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
7509 Madison Ave., Suite 109
Citrus Heights, California 95661
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
KENNETH KNOCKUM

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>KENNETH KNOCKUM,<br><br>    Defendant. | Cr. No. 14-CR-0115-JAM<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE; FINDING OF<br>EXCLUDABLE TIME<br><br>Date:  June 16th, 2015<br>Time:  9:15 a.m.<br>Court: Hon. John A. Mendez |

**STIPULATION**

Plaintiff, United States of America, through Assistant U.S. Attorney Roger Yang and defendant, Kenneth Knockum, through his attorney, Christopher Haydn-Myer, hereby stipulate and agree as follows:

1. A status conference is currently set for June 16th, 2015 at 9:15 a.m.

2. By this stipulation, the above-named defendant now moves to continue the status conference to July 7th, 2015 at 9:15 a.m., and to exclude time between June 16th, 2015 to

July 7th, 2015 under Local Code T4.  Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

a. Counsel has met with the government, and requested that additional documents be provided through the discovery process.  Counsel needs additional time to read the discovery, research relevant case law, meet with Mr. Knockum, and conduct further investigation.

b. Counsel for the defendant believes that failure to grant the above-requested continuance would deny his client the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. Plaintiff does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by continuing the status conference as requested outweigh the best interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from June 16th, 2015 to July 7th, 2015 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(a), B (iv) [Local Code T4] because it

Knockum Stipulation and
Proposed Order for Continuance

results from a continuance by the Court at the
defendant's request on the basis of the Court's finding
that the ends of justice served by taking such action
outweigh the best interest of the public and the
defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Finally, Christopher Haydn-Myer has been authorized by counsel to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

DATED: June 8, 2015          BENJAMIN B. WAGNER
                             Unites States Attorney

                             /s/ Roger Yang
                             ROGER YANG
                             Assistant United States Attorney
                             for Plaintiff United States

DATED: June 8, 2015          HAYDN-MYER LAW OFFICE

                             /s/ Christopher Haydn-Myer
                             CHRISTOPHER HAYDN-MYER
                             Attorney for Ken Knockum

///
///
///
///
///
///
///
///

**ORDER**

IT IS SO FOUND AND ORDERED this 8th of June, 2015.

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE