HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
7509 Madison Ave., Suite 109
Citrus Heights, California 95661
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
KENNETH KNOCKUM

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KENNETH KNOCKUM,<br><br>　　　　Defendant. | Cr. No. 14-CR-0115-JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME<br><br>Date:　July 7th, 2015<br>Time:　9:15 a.m.<br>Court: Hon. John A. Mendez |

**STIPULATION**

　　Plaintiff, United States of America, through Assistant U.S. Attorney Roger Yang and defendant, Kenneth Knockum, through his attorney, Christopher Haydn-Myer, hereby stipulate and agree as follows:

1. A status conference is currently set for July 7th, 2015 at 9:15 a.m.

2. By this stipulation, the above-named defendant now moves to continue the status conference to July 28th, 2015 at 9:15 a.m., and to exclude time between July 7th, 2015 to

- 1 -

Knockum Stipulation and
Proposed Order for Continuance

July 28th, 2015 under Local Code T4.  Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

   a. Counsel has met with Assistant United States Attorney Roger Yang, and requested that specific tax documents be provided through the discovery process.  Counsel needs additional time to read the discovery, and then discuss the materials with Mr. Knockum.

   b. Counsel for the defendant believes that failure to grant the above-requested continuance would deny his client the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   c. Plaintiff does not object to the continuance.

   d. Based on the above-stated findings, the ends of justice served by continuing the status conference as requested outweigh the best interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e. For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from July 7th, 2015 to July 28th, 2015 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(a), B (iv) [Local Code T4] because it

- 2 -

Knockum Stipulation and
Proposed Order for Continuance

results from a continuance by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Finally, Christopher Haydn-Myer has been authorized by counsel to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

DATED: July 2, 2015                    BENJAMIN B. WAGNER
                                       Unites States Attorney

                                       /s/ Roger Yang
                                       ROGER YANG
                                       Assistant United States Attorney
                                       for Plaintiff United States

DATED: July 2, 2015                    HAYDN-MYER LAW OFFICE

                                       /s/ Christopher Haydn-Myer
                                       CHRISTOPHER HAYDN-MYER
                                       Attorney for Ken Knockum

///
///
///
///
///
///
///
///

**ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of July, 2015.

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE