BENJAMIN B. WAGNER
United States Attorney
SHERRY D. HAUS
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

JAN 27 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH KNOCKUM, <br><br> Defendant. | CASE NO. 2:14-CR-00115 JAM <br><br> **ORDER PURSUANT TO 18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY AND REQUIRING TESTIMONY – ARIEL TABOTABO** |

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Ariel Tabotabo give testimony or provide other information which he refuses to give or to provide information with respect his knowledge regarding conduct by the defendants and defendants in related cases concerning loan applications submitted to lending institutions with respect to the charged fraud scheme in the above-referenced case, as well as his own involvement in the fraud scheme, in this case on the basis of his privilege against self-incrimination as to all matters about which he may be asked to testify in this trial or at any deposition conducted under Rule 15 of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Ariel Tabotabo in any criminal case, except that Ariel Tabotabo shall not be exempted by this

Order re: Immunity and Requiring Testimony     1

1 | order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to
2 | comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

3 | IT IS SO ORDERED.

4 | DATED: __JANUARY 27__, 2016

HON. JOHN A. MENDEZ
United States District Judge

**EXHIBIT A**



U. S. Department of Justice

Tax Division

Office of the Deputy Assistant Attorney General     Washington, D.C. 20530

CDC:SRL:ZWilson
5-11E-13565
2014200786

Benjamin Wagner, United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814

Re: *United States v. Kenneth Knockum*

Attn: AUSA Roger Yang

Dear Mr. Yang:

    Reference is made to the request seeking approval for you to apply, pursuant to 18 U.S.C. § 6003, for an order compelling testimony and the production of information by Kelly Ryan, Ariel Tabotabo, Lisa Tabotabo, Reynaldo Lubang, Joe Santos, and Kevin Thomas, prospective witnesses in the above-captioned proceeding, the subject matter of which is within the cognizance of the Tax Division.

    In accordance with the authority provided in 18 U.S.C. § 6003 and 28 C.F.R. § 0.175(b), a determination has been made to approve your making the application requested. The Criminal Division has advised that it has no objection to the proposed grants of immunity.

    Accordingly, you are hereby authorized to make an application, pursuant to 18 U.S.C. § 6003, for an order compelling the above-named witnesses to produce information in the above matter and in any further proceedings resulting therefrom or ancillary thereto, in accordance with the provisions of 18 U.S.C. § 6002(1).

Sincerely,

CAROLINE D. CIRAOLO
Acting Assistant Attorney General
Tax Division