1  BENJAMIN B. WAGNER
   United States Attorney
2  SHERRY HAUS
   ROGER YANG
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America
7




**FILED**

JAN 27 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO. 2:14-CR-00115 JAM

12              Plaintiff,              **ORDER PURSUANT TO**
                                        **18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY**
13       v.                             **AND REQUIRING TESTIMONY – REYNALDO**
                                        **LUBANG**
14 KENNETH KNOCKUM,

15              Defendant.

16

17

18       NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Reynaldo Lubang

19 give testimony or provide other information which he refuses to give or to provide information with

20 respect his knowledge regarding conduct by the defendants and defendants in related cases concerning

21 loan applications submitted to lending institutions with respect to the charged fraud scheme in the

22 above-referenced case, as well as his own involvement in the fraud scheme, in this case on the basis of

23 his privilege against self-incrimination as to all matters about which he may be asked to testify in this

24 trial or at any deposition conducted under Rule 15 of the Federal Rules of Criminal Procedure.

25       IT IS FURTHER ORDERED that no testimony or other information compelled under this order,

26 or any information directly or indirectly derived from such testimony or other information, shall be used

27 against Reynaldo Lubang in any criminal case, except that Reynaldo Lubang shall not be exempted by

28 this order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise

failing to comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

IT IS SO ORDERED.

DATED: JANUARY 27, 2016

HON. JOHN A. MENDEZ
United States District Judge



**U. S. Department of Justice**

Tax Division

---

Office of the Deputy Assistant Attorney General		Washington, D.C. 20530

CDC:SRL:ZWilson
5-11E-13565
2014200786

Benjamin Wagner, United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814

Re: *United States v. Kenneth Knockum*

Attn: AUSA Roger Yang

Dear Mr. Yang:

    Reference is made to the request seeking approval for you to apply, pursuant to 18 U.S.C. § 6003, for an order compelling testimony and the production of information by Kelly Ryan, Ariel Tabotabo, Lisa Tabotabo, Reynaldo Lubang, Joe Santos, and Kevin Thomas, prospective witnesses in the above-captioned proceeding, the subject matter of which is within the cognizance of the Tax Division.

    In accordance with the authority provided in 18 U.S.C. § 6003 and 28 C.F.R. § 0.175(b), a determination has been made to approve your making the application requested. The Criminal Division has advised that it has no objection to the proposed grants of immunity.

    Accordingly, you are hereby authorized to make an application, pursuant to 18 U.S.C. § 6003, for an order compelling the above-named witnesses to produce information in the above matter and in any further proceedings resulting therefrom or ancillary thereto, in accordance with the provisions of 18 U.S.C. § 6002(1).

Sincerely,

*Caroline Ciraolo* (signature)

CAROLINE D. CIRAOLO
Acting Assistant Attorney General
Tax Division