IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br>KENNETH KNOCKUM,<br><br>Defendant. | Case №:2:14-cr-00115 JAM<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The court referred this case to the Office of the Federal Defender for purposes of appeal. CJA Panel attorney Timothy Warriner is hereby appointed effective March 29, 2017, the date the Office of the Federal Defender first contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: 3/29/2017

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

ORDER APPOINTING COUNSEL          1