Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Kenneth Knockum

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH KNOCKUM,<br><br>Defendant. | Case No. 2:14-cr-00115 JAM<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND RE-SENTENCING DATE |

This matter is on remand from the 9th Circuit. The parties hereby stipulate that the re-sentencing hearing be continued from January 15, 2019 to March 5, 2019 at 9:15 a.m.

DATED: January 10, 2019        /s/ Timothy E. Warriner, Attorney for Defendant, Kenneth Knockum

DATED: January 10, 2019        /s/ Roger Yang, Assistant U.S. Attorney

1

## ORDER

Pursuant to the stipulation of the counsel, the court continues the re-sentencing hearing from January 15, 2019 to March 5, 2019 at 9:15 a.m.

DATED: 1/11/2019 /s/ John A. Mendez
UNITED STATES DISTRICT JUDGE