Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Kenneth Knockum

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-cr-00115 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER FOR |
| ) | CONTINUANCE OF JUDGMENT |
| vs. ) | AND RE-SENTENCING DATE |
| ) | |
| KENNETH KNOCKUM, ) | |
| ) | |
| Defendant. ) | |

This matter is on remand from the 9th Circuit. The parties hereby stipulate

that the re-sentencing hearing be continued from March 5, 2019 to March 19, 2019

at 9:15 a.m.


DATED: February 20, 2019          /s/ Timothy E. Warriner, Attorney for
                                  Defendant, Kenneth Knockum


DATED: February 20, 2019          /s/ Roger Yang, Assistant U.S.
                                  Attorney

## ORDER

Pursuant to the stipulation of the counsel, the court continues the re-sentencing hearing from March 5, 2019 to March 19, 2019 at 9:15 a.m.

DATED:   2/20/2019                    /s/ John A. Mendez_____
                                                   UNITED STATES DISTRICT JUDGE